IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,              ) | |
|     Plaintiff,              ) | |
|                               ) | CIVIL ACTION NO. |
|     v.                    ) | 2:23cv576-MHT |
|                               ) | (WO) |
| CIRCLE K., INC., et al.,    ) | |
|     Defendants.           ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) This lawsuit is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and alternatively, pursuant to the court's inherent authority to manage its docket to secure the orderly and expeditious disposition of cases and to ensure compliance with its orders.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of January, 2024.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**